IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. RWT 13-cr-0176 |
| | * |
| DAVID J. SIMARD | * |

## MEMORANDUM OPINION AND ORDER

On February 24, 2017, this Court entered an Order scheduling a pretrial mental health examination of the Defendant and directed him to report to the United States Marshal by February 27, 2017, at 2:00 p.m. ECF No. 104. On the same day, counsel for Defendant filed a Motion to Modify Court Order [ECF No. 105] requesting that any Court-ordered examination be conducted in a local outpatient facility. On February 27, 2017, the Government filed its response in opposition to Defendant's Motion [ECF No. 106].

The Court concludes that an in-patient evaluation is necessary in accordance with 18 U.S.C. § 4247(b) and that an outpatient examination is not feasible for the reasons stated in the Government's response. This Court has conferred with the Bureau of Prisons and has requested it identify promptly an appropriate facility for the conduct of the examination to avoid any unnecessary delay. The Court is advised that the closest facility with current availability is likely to be FMC Lexington or MCC New York. However, a final designation has not yet been made. Therefore, to avoid any unnecessary detention of the Defendant, the Court will delay the date for Defendant's reporting until the appropriate facility has been identified, but not later than March 10, 2017. An Amended Order reflecting this modification is attached.

Accordingly, it is, this 27th day of February, 2017, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Modify Court Order [ECF No. 103] is hereby **GRANTED** to the extent that Defendant will not be required to report to the United States Marshal by 2:00 p.m. on February 27, 2017; and it is further

**ORDERED**, that the Defendant shall surrender, at his own expense, to the institution designated by the Bureau of Prisons for the purpose of the pretrial mental health examination at the date and time specified in a written notice to be sent to the Defendant by the United States Marshal, and if Defendant does not receive such a written notice, Defendant shall surrender to the United States Marshal at 6500 Cherrywood Lane, Greenbelt, MD 20770, by **2:00 p.m. on March 10, 2017**; and it is further

**ORDERED**, that the Clerk of this Court **SHALL FILE** the attached Amended Order.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE